**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leonel BRAVO–ZAMORA,**
**Defendant–Appellant.**

**No. 10–11292**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 7, 2010.

A. Clark Morris, U.S. Attorney's Office, Leura Garrett Canary, U.S. Atty., Montgomery, AL, for Plaintiff–Appellee.

Benjamin Edward Schoettker, Barfood & Schoettker, LLC, Montgomery, AL, for Defendant–Appellant.

Leonel Bravo–Zamora, Lisbon, OH, pro se.

---

Before TJOFLAT, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Benjamin Schoettker, appointed counsel for Leonel Bravo–Zamora, has filed a motion to withdraw from further representation pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bravo–Zamora's conviction and sentence are **AFFIRMED.**